UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:**  Matteo D'Anello                  **Case Number:**  10-21719                  **Ch:**  13

**MOVANT/APPLICANT/PARTIES:**

#84 Order Dated 7/1/2013 Re: [71] Petition For Payment of Unclaimed Funds filed by Keys Research on behalf of the debtor, Matteo D'Anello in the amount of $27,498.00. UPON CONSIDERATION OF THE MOTION AND THE OBJECTION; THE REPRESENTATIONS OF COUNSEL MADE AT THE HEARING HELD IN THIS COURT ON JUNE 13, 2013; THE PLAINTIFF'S MOTION FOR TURN OVER OF MONIES, DATED MAY 21, 2013, FILED BY LACOURSE BUILDERS, LLC IN THE MIDDLESEX SUPERIOR COURT ACTION NO. 2009-0717, ENTITLED LACOURSE BUILDERS LLC ET AL V. D'ANELLO ET AL (THE &quot;TUROVER MOTION&quot;), A COPY OF WHICH WAS FILED IN THIS COURT BY LACOURSE BUILDERS LLC AS AN

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court amends the last sentence of its Order dated July 1, 2013 (Doc. No. 84) to provide as follows: The Court orders the unclaimed funds in this case to be transferred to counsel to Lacourse Builders LLC, the law firm of Nathanson & Goldberg, P.C., Two Atlantic Avenue, 5th Floor, Boston, MA 02110.

IT IS SO NOTED:                              IT IS SO ORDERED;

                                                                            Dated: 08/14/2013
_____           _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge